UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM GREGORY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security Administration,<br><br>    Defendant. | No. 2:15-CV-00040-RHW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO CLOSE FILE** |

Before the Court is Magistrate Judge Rodgers' March 20, 2015, Report and Recommendation to close the file of the above-captioned matter. (ECF No. 3) No party has filed an objection. Having reviewed the Report and Recommendation and noted that no party has filed an objection to the March 20, 2015, Report and Recommendation, **ECF No. 3**, is **ADOPTED in its entirety.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 17th day of April, 2015.

                                       *s/Robert H. Whaley*
                                      ROBERT H. WHALEY
                           Senior United States District Judge